

**JONATHAN ZAVIN**
Partner

345 Park Avenue
New York, NY 10154

Direct 212.407.4161
Main  212.407.4000
Fax   212.407.4990
jzavin@loeb.com

April 28, 2014

Clerk of the Court
United States Court of Appeals
  for the Second Circuit
Thurgood Marshall U.S. Court House
40 Foley Square
New York, NY 10007

Re:   Spanski Enterprises, Inc. v. Telewizja Polska, S.A., Case Nos. 14-967-cv and 14-1115-cv

Dear Madam:

We represent Plaintiff-Appellant Spanski Enterprises, Inc. ("Appellant") in the above-referenced appeal.

We write, pursuant to Local Rule 31.2(a)(1)(A), to request that the Court designate July 15, 2014 as the deadline for Appellant to file its brief in this matter (this is 91 days from the ready date).

Accordingly, Appellant respectfully requests that the Court "so order" this request.

Respectfully submitted,


/s/ Jonathan Zavin
Jonathan Zavin
Partner



cc:   All Counsel (via ECF)

Los Angeles   New York   Chicago   Nashville   Washington, DC   Beijing   www.loeb.com

Los Angeles   New York   Chicago   Nashville   Washington, DC   Beijing   www.loeb.com   NY1273070.1
A limited liability partnership including professional corporations                        209881-10007

A limited liability partnership including professional corporations